IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 10-865-TUC-DCB |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Lauri Ann Wilson-Taylor, et al., | ) ) | |
| Defendant. | ) ) ) | |
| ———————————————— | ) | |

Defendant having filed a Notice of Complex Case, and Co-Defendants having joined in this motion,

**IT IS ORDERED** that due to the nature and extent of the charges, the number of co-defendants and the volume of discovery, this case is hereby designated as complex pursuant to LRCrim 16.4.

DATED this 25th day of August, 2010.

David C. Bury
United States District Judge

copy to: Voucher